IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANNY MYERS, KRISTINA MYERS,
N.M. AND A.M., MINORS,

      Appellants,

  v.

Case No.  5D21-2352
LT Case No. 2019-CA-029463

PALM BAY HOSPITAL, INC., JOHN
MCPHERSON, M.D. AND BREVARD
PHYSICIAN ASSOCIATES, PLLC,

      Appellees.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Brevard County,
Charles M. Holcomb, Judge.

Grace Streicher and Andrew A.
Harris, of Harris Appeals, P.A.,
Palm Beach Gardens, and Bonnie
Navin and Robert Timothy Vanatta,
of Rubenstein Law, P.A., Miami, for
Appellants.

Andrew S. Bolin, of Bolin Law
Group, Tampa, for Appellee Palm
Bay Hospital, Inc.

Dinah S. Stein, Mark Hicks and
Aneta McCleary, of Hicks, Porter,
Ebenfeld & Stein, P.A., Miami, and
Kevin T. O'Hara, of Beytin,
McLaughlin, McLaughlin, O'Hara &
Bocchino, P.A., Maitland, for
Appellees, John McPherson, M.D.
and Brevard Physician Associates,
PLLC.

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE and BOATWRIGHT, JJ., concur.